UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 2:25-cr-119-KCD-DNF

KRISTIN CARA KUNSTLER

## ORDER OF FORFEITURE

The United States moves for an Order of Forfeiture in the amount of $2,797,083, representing the amount of proceeds the defendant obtained from the theft of government money offense charged in Count One of the Indictment.

Being fully advised of the relevant facts, the Court finds that the defendant obtained $2,797,083 in proceeds from the offense charged in Count One of the Indictment, for which the defendant was found guilty. The order of forfeiture is final as to the defendant.

Accordingly, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the United States motion is **GRANTED**.

It is **FURTHER ORDERED** that, the proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $2,797,083 order of

forfeiture. The court retains jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

    **ENTERED** in Fort Myers, Florida, on October 28, 2025

*/s/ Kyle C. Dudek*
Kyle C. Dudek
United States District Judge